UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| GLENN FAVRE | § | CASE NO 08-85264-MHM |
| DEBTOR | § | |
| | § | |
| GLENN FAVRE pro se | § | |
| CLAIMANT/PLAINTIFF | § | THE HONORABLE MARGARET MURPHY |
| v. | § | |
| | § | ADVERSARIAL PROCEEDING |
| GOLDMAN SACHS, HOLDINGS, INC., et al | § | |
| SUNTRUST BANK HOLDINGS, INC et al | § | 09-AP-09069 |
| FIDELITY NATIONAL FINANCIAL GROUP, INC., et al | § | AND |
| SUNTRUST MORTGAGE, INC., et al | § | |
| OLD REPUBLIC NATIONAL TITLE, INC., et al | § | 09-AP-09075 |
| DEFENDANT | § | |

**PLAINTIFF'S APPLICATION FOR AN INJUNCTIVE RELIEF AGAINST THE DEFENDANTS' ATTORNEYS, MONICA GILROY ESQ., AND ALICE HUNEYCUTT ESQ., AS AGENTS' OF THE RECIPIENTS OF THE TARP FUND, FOR THEIR WILLFUL VIOLATIONS AND MALICIOUS INTENT TO HARM THE PLAINTIFF, , WITH REGARDS TO FRAUD ENFORCEMENT AND RECOVERY ACT OF 2009 ("FERA")**

**PLAINTIFF'S APPLICATION FOR SUMMARY JUDGMENT AGAINST THE DEFENDANTS FOR THE WILLFUL VIOLATION OF THE A DISCHARGE UNDER SECTION 727 AND THE AFFECTS OF THE DISCHARGE ORDER 11 USC § 524**

**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANTS FOR FAILING TO ANSWER THE SUMMONS UNDER FED BANK R. 7012**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

COMES NOW GLENN FAVRE and files for an application for Injunctive Relief, application for Summary Judgment and application for Default Judgment against the Defendants per RCFC 54(b)[1] and request the application and the default judgment be issued by the clerk of court be entered today 11/25/ 2009 by the clerk of this Honorable Court for the Defendants violation of FERA, FCA, and failure to properly answer the summons issued on October 16, 2009.  Under Rule 65 under the Court of Federal Claims as amended July 13, 2009 Rule 65 (a)(1)(2)(B)(3) allows for the court to issue a preliminary injunction against the Defendants attorney's, summary judgment and default judgment..

The Plaintiff has filed all of the prerequisites motions in support of this applications and request that this Honorable court through economic consideration of time consolidate the adversarial cases and order in a ruling on behalf of the Plaintiff and award all damages, fines that have been described in the Motion filed be the Plaintdff on November 19, 2009 and cost that this court see just and proper. Please see affidavit

---

[1] RCFC 54(b) the clerk must, with out awaiting the court's direction, promptly prepare, sign and enter the judgment when

2

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Respectively Submitted | Glenn Favre pro se<br>110 South Columbia Drive #11<br>Decatur, Georgia 30030<br>404-373-1137 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I Glenn R. Favre, am over the age of 18 years old at the time of this service, that a true and correct copy of the foregoing has been furnished by

U.S. Mail with the correct postage and faxed to:

MONICA GILROY OF DICKENSON GILROY, LLC
CORPORATE COUNSEL:
SUNTRUST BANK, HOLDINGS, INC.
SUNTRUST MORTGAGE, INC.
FIDELITY NATIONAL FINANCIAL GROUP, INC.
OLD REPUBLIC NATIONAL TITLE, INC
3780 MANSELL ROAD SUITE 140
ALPHARETTA GA 30022

Alice R. Huneycutt , Esquire, STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.,
SUNTRUST MORTGAGE, INC,
SUNTRUST Financial Centre, Suite 2200
401 E. Jackson Street, P. O. Box 3299, Tampa,
FL 33601, and by facsimile to (813) 222-5089,

CHARLES K. MCKNIGHT, JR.
NATIONS, TOMAN & MCKNIGHT, LLP
1230 PEACHTREE STREET, NE
SUITE 2050
ATLANTA, GA 30309
404-266-2366
FAX : 404-266-2323
EMAIL: CMCKNIGHT@NTMLAW.COM
*LEAD ATTORNEY* THIS

3